IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 26-cv-03277-RTG

JANE DOE,

Plaintiff,

v.

SPENCER NIEWEDDE, Badge No. 24044,
DENVER POLICE DEPARTMENT – DISTRICT 3 STATION,
AARON HOCKMAN, Denver County Magistrate Judge, in his official capacity, and
CLERK OF THE DENVER COUNTY COURT, Civil Division, in official capacity,

Defendants.

---

ORDER OF DISMISSAL

---

Plaintiff, who identifies herself under the pseudonym Jane Doe, initiated this action *pro se* on July 20, 2026 by filing a Complaint (ECF No. 1). She also filed an Application for Leave to Proceed in District Court Without Prepayment of Fees or Costs (Long Form) (ECF No. 3), a Motion for Leave to Proceed Under Pseudonym (ECF No. 4), and an Emergency Motion for Temporary Restraining Order (ECF No. 6).

In a July 23, 2026 Order (ECF No. 11), Magistrate Judge Richard T. Gurley denied Plaintiff's Motion for Leave to Proceed Under Pseudonym because Plaintiff failed to demonstrate "exceptional circumstances" where the need for anonymity outweighs the presumption in favor of open court proceedings. (*Id.* at 5). The Magistrate Judge directed Plaintiff to file an amended Complaint that complies with Fed. R. Civ. P. 10(a)

within 30 days of the July 23 Order. (*Id.* at 6). *See also* Fed. R. Civ. P. 10(a) (stating that the case caption of a complaint must “name all the parties”). Plaintiff was advised that failure to comply may result in dismissal of this action without prejudice. (*Id.*).

Plaintiff has now failed to file an amended pleading that complies with Fed. R. Civ. P. 10(a). Furthermore, she has not requested an extension of time to do so. Therefore, this action will be dismissed without prejudice for Plaintiff’s failure to comply with the July 23, 2026 Order and for failure to prosecute.

Accordingly, it is

ORDERED that this action is DISMISSED WITHOUT PREJUDICE pursuant to Rule 41(b) of the Federal Rules of Civil Procedure for the failure of Plaintiff Jane Doe to comply with the July 23, 2026 Order directing her to file an amended pleading that complies with Fed. R. Civ. P. 10(a) and for failure to prosecute. It is

FURTHER ORDERED that all pending motions are DENIED as moot. It is

FURTHER ORDERED that leave to proceed *in forma pauperis* on appeal is DENIED WITHOUT PREJUDICE for the purpose of appeal. The Court certifies pursuant to 28 U.S.C. § 1915(a)(3) that any appeal from this order would not be taken in good faith. *See Coppedge v. United States*, 369 U.S. 438 (1962). If Plaintiff files a notice of appeal she must also pay the full $605 appellate filing fee or file a motion to proceed *in forma pauperis* in the United States Court of Appeals for the Tenth Circuit within thirty days in accordance with Fed. R. App. P. 24.

DATED September 2, 2026, at Denver, Colorado.

BY THE COURT:

s/Lewis T. Babcock
LEWIS T. BABCOCK, Senior Judge
United States District Court